UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

COACH SERVICES, INC.,

    Plaintiff,                    CASE NO.: 8:09-CV-2014

v.

TOP STAR, INC., and AHMAD
KHALEEL,

    Defendants.
_____

## PERMANENT INJUNCTION AGAINST ALL DEFENDANTS

WHEREAS, Plaintiff COACH SERVICES, INC. has filed a Complaint and exhibits annexed thereto, charging TOP STAR, INC. and AHMAD KHALEEL with trademark infringement and dilution, false designation of origin, unfair competition and other claims, as more particularly described in the Complaint; and

WHEREAS, the Parties have stipulated to the entry of a Permanent Injunction in favor of Plaintiff and against all Defendants; it is

ORDERED, ADJUDGED and DECREED that:

1. The Court has jurisdiction over the entire subject matter of this action as set forth in the Complaint and venue is proper in this Court.

2. Plaintiff and its affiliates are engaged in the business, *inter alia*, of manufacturing, distributing, offering for sale and selling luxury apparel and goods, including handbags, wallets, belts and other high end fashion items under certain trademarks owned by Plaintiff, namely the COACH trademark and associated COACH & Lozenge Design, COACH & Hand Tag Design and Signature "C" Design trademarks (collectively the "COACH Marks") that are the subject of registrations on the Principal Register of the United States Patent and Trademark Office, which

are valid and outstanding, as more particularly described in the Complaint.

3. Plaintiff and its predecessors have sold billions of dollars worth of products under its COACH Marks. Plaintiff and its predecessors have expended hundreds of millions of dollars and devoted substantial time and effort to advertise, promote, and otherwise market their products and services to the general public under its COACH Marks throughout the United States, including the State of Florida.

4. As a result of Plaintiff's aforesaid long and extensive use, sales, advertising, and promotion, Plaintiff's COACH Marks have acquired world-wide fame and represent a highly valuable goodwill owned by Plaintiff.

5. Defendants, TOP STAR, INC. and AHMAD KHALEEL, and their agents, servants, employees, officers, and all persons in active concert and participation with them are hereby permanently enjoined and restrained from:

    a. Using the COACH Marks, or any reproduction, counterfeit, copy, or colorable imitation of said marks, in connection with the manufacture, importing, exporting, distributing, advertising, offering for sale, or sale of any product, or using such a mark in any manner likely to cause others to believe that Defendants' products are connected with Plaintiff's;

    b. Any use or registration of other indicators of product origin that are likely to cause confusion, mistake or deception in the minds of the consuming public as to Plaintiff's affiliation, association, connection, licensing, sponsorship, or approval of any of the products offered by Defendants;

    c. Passing off, inducing, or enabling others to sell or pass off any product which does not emanate from Plaintiff as products originating with

Plaintiff;

d. Committing any other acts calculated to cause any person to believe that Defendants' products are products emanating from Plaintiff, unless such products do in fact originate from Plaintiff;

e. Importing, exporting, shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving or disposing of in any manner products falsely bearing the COACH Marks, or any colorable imitation thereof;

f. Registering any address for internet websites (hereinafter, "Domain Names") incorporating the word "coach" in the Domain Names or referencing/associating the work "coach" in connection with metadata or key word searches as related to the Domain Names;

g. Leasing space to, from, or with any landlord or tenant who is engaged in the manufacturing, purchasing, production, distribution, circulation, sale, offering for sale, importation, exportation, advertisement, promotion, display, shipping, or marketing of products falsely bearing the COACH Marks or any colorable imitation thereof;

6. The Court shall have continuing jurisdiction to enforce the terms of this Permanent Injunction.

IT IS SO ORDERED on this 24th day of FEB., 2010.

United States District Judge
Middle District of Florida
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY PLAINTIFF:      COACH SERVICES, INC.

Dated: Jan. 25, 2010           By: _____
                               Title: VP/Assoc. Gen Counsel


CONSENTED TO BY DEFENDANT:     TOP STAR, INC.

Dated: _____, 2010        By: Ahmad Khaleel
                               Title: President


CONSENTED TO BY DEFENDANT:     AHMAD KHALEEL

Dated: 1-19-2010, 2010         _____


ACTIVE: 2842871_1